JOHN G. WILSON, Appellant, *v.* GILLETTE CLIPPING MACHINE COMPANY, Respondent.

*Wilson* v. *Gillette Clipping Machine Co.*, 173 App. Div. 954, appeal dismissed.

(Argued March 5, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which affirmed an order of Special Term dismissing the complaint for failure of the plaintiff to comply with a prior order requiring a reply to a defense by way of avoidance set up in the answer to an action to recover on a promissory note.

*David Ross* for appellant.

*John T. Booth* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN and CARDOZO, JJ. Absent: MCLAUGHLIN, J. Not voting: CRANE, J.